

ENTERED
07/27/2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:                                    )        Case No. 04-36368-H4-3
    Wilfredo N. Gubantes          )
    Flordeliza C. Gubantes        )        #37
                                  )
    Debtor(s)                     )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The court finds that in the amount of $1,755.93 constituting unclaimed funds due to Roomstore Retail Services, by reasons stated in the Motion filed contemporaneously herewith.

IT IS ORDERED that, pursuant to 28 USC 2042, the Bankruptcy Clerk, Southern District of Texas pay this unclaimed money to the order of:

Roomstore Retail Services
c/o The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, MA 02115

Dated: 7/27/2009

Bankruptcy Judge
Southern District of Texas